UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>      v.             )<br>)<br>SERGIO MARTINEZ, et al.  )<br>_____) | Docket No. 1:24-CR-00033-JL |

APPEARANCE

     Please enter my appearance as counsel for the United States of America in the above-entitled case.

                                                  Respectfully submitted,

                                                  JANE E. YOUNG
                                                  United States Attorney

                                                  /s/ Heather A. Cherniske
                                                  Assistant U.S. Attorney
                                                  New Hampshire Bar # 19837
                                                  53 Pleasant Street, 4th Floor
                                                  Concord, New Hampshire 03301
                                                  (603) 225-1552
                                                  heather.cherniske@usdoj.gov

Date:  December 13, 2024